

RECEIVED
IN MONROE, LA.

JAN 0 2 2012
Ac
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BRIAN RICHARD ROCKETT | CIVIL ACTION NO. 11-2132 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 15] having been considered, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is **REVERSED**, and this matter is **REMANDED**, pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings.

MONROE, LOUISIANA, this 2 day of January, 2013.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE