RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 4/17/13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| BRIAN RICHARD ROCKETT<br>Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 3:11-cv-2132<br>) U.S. District Judge, Robert G. James |
| MICHAEL J. ASTRUE<br>COMMISSIONER OF SOCIAL SECURITY<br>Defendant. | ) U. S. Magistrate Judge, Karen L. Hayes<br>)<br>) |

## AGREED ORDER

The matter having come before the Court on motion of the Plaintiff for an award of attorney's fees [Doc. No. 17], and the Defendant having no objection to the Report and Recommendation of the U.S. Magistrate Judge entered on April 10, 2013, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Plaintiff is awarded attorney fees in the amount of $2505.00, and said fees are ordered to be paid to the Plaintiff through his attorney, Julie Atkins.

This 17 day of April, 2013.

_____
U.S. DISTRICT COURT JUDGE
WESTERN DISTRICT OF LOUISIANA

**HAVE SEEN AND AGREE:**

s/Julie Atkins
Julie Atkins
Atkins Law Office
103 East Central Street
Harlan, Kentucky 40831

s/Peter J. Lemoine
Peter J. Lemoine
Lemoine Law Firm
P.O. Box 1064
Cottonport, Louisiana, 71327

s/John A. Broadwell
John A. Broadwell
U.S. Attorney's Office (SHV)
300 Fannin Street
Suite 3201
Shreveport, Louisiana  71101-3068